United States District Court
Southern District of Texas
**ENTERED**
February 28, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ESTEBAN REYES ) | |
| ) | CIVIL ACTION NUMBER |
| VS. ) | |
| ) | M-17-453 |
| SANDRA DONOVAN ) | |

## ORDER OF DISMISSAL

Came on to be considered the Parties' "Joint Stipulation of Dismissal with Prejudice," which the Court will consider as a Joint Motion to Dismiss, and the Court is of the opinion that said motion should be granted. It is, therefore,

ORDERED, ADJUDGED and DECREED that said Joint Motion to Dismiss is GRANTED and the above-styled case is hereby DISMISSED with prejudice, with costs of Court to be paid by the party who incurred the same.

The Clerk shall send a copy of this order to counsel for the Parties.

DONE on this 27th day of February, 2019, at McAllen, Texas.

_____
Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE